UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARLYS ELLINGSON; DECEASED BY AND      :
THROUGH ELROY ELLINGSON, PERSONAL      :
REPRESENTATIVE OF THE ESTATE OF        :
MARLYS ELLINGSON,                      :
                                       :
       Plaintiffs                      :         Civil Action
v.                                     :         No. 04-11104-GAO
                                       :
INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME       :
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-      :
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS     :
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                       :
       Defendants                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: June 14, 2004<br>      Boston, Massachusetts | Respectfully submitted, |
| | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |